SCHWARTZ, Chief Judge.
This appeal is from a non-final order granting the appellee-wife’s motion to join the appellant, her brother-in-law, as a defendant in her dissolution action. The order does not, as the appellant claims, “determine ... jurisdiction of [his] person” under Fla.R.App.P. 9.130(a)(3)(C)(i); Waller v. Waller, 650 So.2d 193 (Fla. 2d DCA 1995); National Lake Devs., Inc. v. Lake Tippecanoe Owners Ass’n, Inc., 395 So.2d 592 (Fla. 2d DCA 1981), approved, 417 So.2d 655 (Fla.1982), and is not otherwise appealable. Hence, this appeal is dismissed for lack of jurisdiction.
Appeal dismissed.